Dismissed and Memorandum Opinion filed May 15, 2003









Dismissed and Memorandum Opinion filed May 15, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00439-CV

____________

 

JOHN ROBLEDO, JR., Appellant

 

V.

 

ALDINE INDEPENDENT SCHOOL DISTRICT, Appellee

 



 

On Appeal from the 333rd District Court

Harris
County, Texas

Trial Court Cause No. 01-22086

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 30,
2002.  On May 12, 2003, appellant filed a
motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed May 15, 2003.

Panel consists of Chief Justice
Brister and Justices Fowler and Edelman.